USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/2018

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J. TODD MORLEY AND G2 INVESTMENT GROUP, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>GRAFTON ASSET MANAGEMENT, LTD., GRAFTON ENERGY CAPITAL, RICHARD A. GRAFTON, AND GEETA SANKAPPANAVAR,<br><br>Defendants. | Case No.: 18-cv-03979 |

**MOTION TO WITHDRAW NOTICE OF REMOVAL**

Defendants GRAFTON ASSET MANAGEMENT, INC. ("Grafton Asset"), GRAFTON ENERGY CAPITAL, LTD. ("Grafton Energy"), and GEETA SANKAPPANAVAR ("Sankappanavar") (collectively, "Defendants") respectfully move to withdraw Defendants' Notice of Removal and remand this case back to the Supreme Court of the State of New York, County of New York and dismiss Case No. 18-cv-03979 without prejudice.

Defendants filed their Notice of Removal on May 3, 2018, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, and based upon the diversity of the parties. After Defendants filed the Notice of Removal, counsel for Plaintiff G2 Investment Group, LLC ("G2 LLC"), a privately held company, informed Defendants' counsel that certain members of the limited liability company are citizens of a foreign state.

Because the citizenship of a limited liability company is based on the citizenship of all its members, complete diversity jurisdiction does not exist in this matter because at least one

member of Plaintiff G2 LLC is a citizen of a foreign state, and Defendants are each citizens of a foreign state.

Accordingly, Defendants request that the Court issue an order remanding the matter to the Supreme Court of the State of New York, and that the Court further direct that Case No. 18-cv-03979 be closed and terminated without prejudice.

Dated: New York, New York
May 21, 2018

Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK, LLP**

/s/ Jeffrey S. Matty
Michael A. Kaufman (mkaufman@kdvlaw.com)
Kevin M. Mattessich (kmattessich@kdvlaw.com)
Jeffrey S. Matty (jmatty@kdvlaw.com)
40 Exchange Place, 20th Floor
New York, New York 10005
Telephone: (212) 485-9600
Facsimile: (212) 485-9700

*Attorneys for Defendants*
GRAFTON ASSET MANAGEMENT, INC.
GRAFTON ENERGY CAPITAL, LTD and
GEETA SANKAPPANAVAR

Application GRANTED. The Clerk of Court is respectfully directed to remand this matter, in its entirely, back to the Supreme Court of the State of New York and close this case.

Dated: May 22, 2018
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

On May 21, 2018, I caused a true and correct copy of Defendants' Motion to Withdraw Notice of Removal to be served upon all Counsel of Record via electronic filing of the Court.

/s/ Jeffrey S. Matty
Jeffrey S. Matty